

Misc. No. 12–8013/AF. David J.A. Gutierrez, Petitioner v. The United States and United States Air Force Court of Criminal Appeals, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of prohibition was electronically filed under Rule 27(a) on this date.

No. 12–0114/AF. United States, Appellee v. Christopher R. Howard, Appellant. CCA S31662. On consideration of Appellant's petition for reconsideration of this Court's order, 71 M.J. 95 (Daily Journal January 5, 2012), it is ordered that said petition for reconsideration is hereby denied.

No. 09–5003/AF. U.S. v. Brandon T. Rose. CCA 36508. Appellee's motion to correct erratum granted.

No. 12–0008/AR. U.S. v. Alaa M. Ali. CCA 20080559. On consideration of the motion of John F. O'Connor, Esq., and Michael J. Navarre, Esq., for leave to participate as *amici curiae*, it is ordered that said motion is hereby granted.

No. 12–0053/AR. U.S. v. Richard L. Easton. CCA 20080640. Appellant's motion to file a brief and supplement to the joint appendix is granted.

No. 12–0203/AR. U.S. v. Jacob A. Racine. CCA 20100021. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 10, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0280/AR. U.S. v. Brandon A. Lopez. CCA 20090564. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 16, 2012.

No. 12–0281/AR. U.S. v. Jason A. Keller. CCA 20100600. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 16, 2012.

No. 12–0282/AR. U.S. v. Michael A. Garner. CCA 20080401. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 16, 2012.